UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DISTRICT COURT FOR )<br>THE DISTRICT OF MASSACHUSETTS )<br>)<br>Defendant. )<br>) | Civil Action No. 16-10750-DJC |

## ORDER

**CASPER, J.**                                                                                                                                                                                                                                                                                                                                          June 8, 2016

1) Plaintiff's Motion (D. 13) to Strike Pursuant to Rule 12(f) is hereby <u>DENIED</u>. Rule 12(f) pertains to a "motion made by a party before responding to a pleading or ... within 21 days after being served with the pleading" to strike "an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). It has no application to a "motion to strike" the movant's own pleading.

2) Plaintiff's Motion (D. 15) for Consolidation and New Trial is hereby <u>DENIED</u>. Regardless of whether the actions involve a common question of law or fact as required by Fed. R. Civ. P. 42(a), the Court will not consolidate this case with the earlier, closed cases. Additionally, to the extent Plaintiff requests a new trial pursuant to Fed. R. Civ. P. 59(b), the Court finds Plaintiff's arguments unpersuasive as they reiterate some of the very arguments that the Court considered and rejected in the Court's May 12, 2016 Order. <u>See</u> D. 12.

**SO ORDERED.**

                                                                                                                                                                                                      /s/ Denise J. Casper
                                                                                                                                                                                                      Denise J. Casper
                                                                                                                                                                                                      United States District Judge